# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER CALHOUN, | : |
| Petitioner, | : |
| | : CIVIL ACTION NO. 16-0637-WS |
| vs. | : CRIMINAL NO. 06-0058-WS |
| UNITED STATES OF AMERICA, | : |
| Respondent. | : |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(I)(B) and dated June 8, 2017 is **ADOPTED** as the opinion of this Court.

**DONE** this 5th day of July, 2017.

s/WILLIAM H. STEELE
**UNITED STATES DISTRICT JUDGE**